# JASPER FAMILY PRACTICE CENTER, P.C.

18385

| Employee | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|
| Bobbi Willcutt, 101 yerby Acres, Berry, AL 35546 | | | | ***-**-9443 | Married/Married | Fed-0/0/AL-0/0 |
| | | | | Pay Period: 06/19/2009 - 07/02/2009 | | Pay Date: 07/02/2009 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Regular Rate | 68.75 | 12.00 | 825.00 | 10,644.00 |
| Sick Hourly Rate | 8.00 | 12.00 | 96.00 | 192.00 |
| Vacation Hourly Rate | 8.00 | 12.00 | 96.00 | 192.00 |
| Overtime Hourly Rate 1 | | | 0.00 | 1,741.50 |
| | | | 1,017.00 | 12,769.50 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -45.00 | -806.00 |
| Social Security Employee | -63.05 | -791.71 |
| Medicare Employee | -14.75 | -185.16 |
| AL - Withholding | -35.14 | -453.49 |
| | -157.94 | -2,236.36 |

| Paid Time Off | YTD Used | Available |
|---|---|---|
| Sick | 16.00 | 38.00 |
| Vacation | 16.00 | 38.00 |

Net Pay   857.71   10,531.79

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Life Insurance (Emp) | -1.35 | -1.35 |

| | | Current | YTD Amount |
|---|---|---|---|
| Non-taxable Company Items | | | |
| Life Ins. (Co) | | 0.15 | 0.15 |

Jasper Family Practice Center, P. C., P. O. Box 1474, Jasper, Al 35501 205-221-9351

---

# JASPER FAMILY PRACTICE CENTER, P.C.

18303

| Employee | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|
| Bobbi Willcutt, 101 yerby Acres, Berry, AL 35546 | | | | ***-**-9443 | Married/Married | Fed-0/0/AL-0/0 |
| | | | | Pay Period: 06/05/2009 - 06/18/2009 | | Pay Date: 06/19/2009 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Regular Rate | 80.00 | 12.00 | 960.00 | 9,819.00 |
| Overtime Hourly Rate 1 | 8.25 | 18.00 | 148.50 | 1,741.50 |
| Sick Hourly Rate | | | 0.00 | 96.00 |
| Vacation Hourly Rate | | | 0.00 | 96.00 |
| | | | 1,108.50 | 11,752.50 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -59.00 | -761.00 |
| Social Security Employee | -68.73 | -728.66 |
| Medicare Employee | -16.07 | -170.41 |
| AL - Withholding | -40.70 | -418.35 |
| | -184.50 | -2,078.42 |

Net Pay   924.00   9,674.08

| Paid Time Off | YTD Used | Available |
|---|---|---|
| Sick | 8.00 | 46.00 |
| Vacation | 8.00 | 46.00 |

## JASPER FAMILY PRACTICE CENTER, P.C.

18166

| Employee | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|
| Bobbi Willcutt, 101 yerby Acres, Berry, AL 35546 | | | | ***-**-9443 | Married/Married | Fed-0/0/AL-0/0 |
| | | | | Pay Period: 05/08/2009 - 05/21/2009 | | Pay Date: 05/22/2009 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Regular Rate | 80.00 | 12.00 | 960.00 | 7,983.00 |
| Overtime Hourly Rate 1 | 9.00 | 18.00 | 162.00 | 1,593.00 |
| | | | 1,122.00 | 9,576.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -61.00 | -649.00 |
| Social Security Employee | -69.56 | -593.71 |
| Medicare Employee | -16.27 | -138.85 |
| AL - Withholding | -41.61 | -339.35 |
| | -188.44 | -1,720.91 |

| Net Pay | | |
|---|---|---|
| | 933.56 | 7,855.09 |

| Paid Time Off | YTD Used | Available |
|---|---|---|
| Sick | 0.00 | 54.00 |
| Vacation | 0.00 | 54.00 |

Jasper Family Practice Center, P. C., P. O. Box 1474, Jasper, Al 35501 205-221-9351

---

## JASPER FAMILY PRACTICE CENTER, P.C.

18031

| Employee | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|
| Bobbi Willcutt, 101 yerby Acres, Berry, AL 35546 | | | | ***-**-9443 | Married/Married | Fed-0/0/AL-0/0 |
| | | | | Pay Period: 04/10/2009 - 04/23/2009 | | Pay Date: 04/24/2009 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Regular Rate | 80.00 | 12.00 | 960.00 | 6,063.00 |
| Overtime Hourly Rate 1 | 15.25 | 18.00 | 274.50 | 1,192.50 |
| | | | 1,234.50 | 7,255.50 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -108.00 | -516.00 |
| Social Security Employee | -76.54 | -449.84 |
| Medicare Employee | -17.90 | -105.20 |
| AL - Withholding | -45.56 | -252.18 |
| | -248.00 | -1,323.22 |

| Net Pay | | |
|---|---|---|
| | 986.50 | 5,932.28 |

| Paid Time Off | YTD Used | Available |
|---|---|---|
| Sick | 0.00 | 0.00 |
| Vacation | 0.00 | 0.00 |

Case 09-71843-CMS13    Doc 6    Filed 07/22/09    Entered 07/22/09 09:28:57    Desc Main
Document    Page 2 of 3

## JASPER FAMILY PRACTICE CENTER, P.C.

| Employee | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|
| Bobbi Willcutt, 101 yerby Acres, Berry, AL 35546 | | | | ***-**-9443 | Married/Married | Fed-0/0/AL-0/0 |
| | | | | Pay Period: 05/22/2009 - 06/04/2009 | | Pay Date: 06/05/2009 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Regular Rate | 73.00 | 12.00 | 876.00 | 8,859.00 |
| Sick Hourly Rate | 8.00 | 12.00 | 96.00 | 96.00 |
| Vacation Hourly Rate | 8.00 | 12.00 | 96.00 | 96.00 |
| Overtime Hourly Rate 1 | | | 0.00 | 1,593.00 |
| | | | 1,068.00 | 10,644.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -53.00 | -702.00 |
| Social Security Employee | -66.22 | -659.83 |
| Medicare Employee | -15.49 | -154.34 |
| AL - Withholding | -38.30 | -377.85 |
| | -173.01 | -1,893.92 |

Net Pay 894.99 8,750.08

| Paid Time Off | YTD Used | Available |
|---|---|---|
| Sick | 8.00 | 46.00 |
| Vacation | 8.00 | 46.00 |

Jasper Family Practice Center, P. C. P. O. Box 1474, Jasper, Al 35501 205-221-9351

18223

---

## JASPER FAMILY PRACTICE CENTER, P.C.

| Employee | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|
| Bobbi Willcutt, 101 yerby Acres, Berry, AL 35546 | | | | ***-**-9443 | Married/Married | Fed-0/0/AL-0/0 |
| | | | | Pay Period: 03/13/2009 - 03/26/2009 | | Pay Date: 03/27/2009 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Regular Rate | 78.00 | 12.00 | 936.00 | 4,143.00 |
| Overtime Hourly Rate 1 | 7.75 | 18.00 | 139.50 | 702.00 |
| | | | 1,075.50 | 4,845.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -54.00 | -308.00 |
| Social Security Employee | -66.68 | -300.39 |
| Medicare Employee | -15.58 | -70.25 |
| AL - Withholding | -38.62 | -163.59 |
| | -174.88 | -842.23 |

Net Pay 900.81 4,002.77

| Paid Time Off | YTD Used | Available |
|---|---|---|
| Sick | 0.00 | 0.00 |
| Vacation | 0.00 | 0.00 |

17901