# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| RICHARD FLOYD WILLCUTT, JR., ) | CHAPTER 13 |
| BOBBI T. WILLCUTT, ) | CASE NO. 09-71843-CMS |
| ) | |
| DEBTORS. ) | |

## NOTICE OF DEFAULT

COMES NOW Carefree Rentals, by and through its attorney of record, Parnell & Crum, and files this Notice of Default pursuant to this Court's order of April 8, 2010. The Debtors have failed to make payments to the Trustee in compliance with the order previously entered. Carefree Rentals asserts that pursuant to said order, that, beginning in April 2010, the Debtors were to make monthly payments of $580.00. Therefore, Carefree Rentals asserts that within 30 days from the filing of this Notice of Default, the Debtors will have had three (3) monthly payments of $580.00 each come due for the months of April, May and June 2010, for a total default of $1740.00.

Carefree Rentals requests that the Debtors cure this default within thirty (30) days from the filing of this Notice of Default. Otherwise, the stay will lift pursuant to the conditional order terminating the stay entered by this Honorable Court on April 8, 2010.

Respectfully submitted,

PARNELL & CRUM, P.A.

  /s/ Charles N. Parnell, III
By: CHARLES N. PARNELL, III
Attorney for Carefree Rentals

OF COUNSEL:
PARNELL & CRUM, P.A.
Post Office Box 2189
Montgomery, Alabama 36102-2189
(334) 832-4200

## CERTIFICATE OF SERVICE

      I hereby certify that I have this day electronically mailed or placed in the U.S. mail, postage prepaid, an exact copy of the above Notice of Default to the following parties, this the __13th__ day of May, 2010.

| | |
|---|---|
| Hon. C. David Cottingham<br>Trustee<br>Post Office Drawer 020588<br>Tuscaloosa, Alabama 35402-0588 | Hon. Anne Wilson Guthrie<br>Attorney for Debtor<br>1308 Greensboro Avenue<br>Tuscaloosa, Alabama 35401 |
| Hon. Valrey Earley, III<br>Bankruptcy Court Adm.<br>1800 5th Avenue N., Room 132<br>Birmingham, Alabama 35203 | Bobbi T. Willcutt<br>Debtor<br>101 Yerby Acres<br>Berry, Alabama 35546 |

                                                     /s/ Charles N. Parnell, III<br>                                                     CHARLES N. PARNELL, III