UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO: 09-71843-CMS13 |
|     RICHARD FLOYD WILLCUTT JR | CHAPTER 13 |
|     BOBBI THOMPSON WILLCUTT | |
|         DEBTORS. | |

**TRUSTEE'S MOTION TO DISMISS AND NOTICE OF HEARING**

    Comes now C. David Cottingham, Standing Trustee, in the above styled case and moves to dismiss this case and in support thereof represents to the Court as follows:

| | |
|---|---|
| XX | The Debtors' payments are not current, resulting in a material default in plan payments pursuant to 11 U.S.C. 1307 (c)(6). |
| | The Debtors' Plan is no longer feasible. |
| | The Debtors' payments are insufficient to pay case within the time allowed by law. |
| | The Trustee has received notice that the Debtors are deceased. |

    WHEREFORE, the Trustee moves that this case be **DISMISSED**.

This the 26th day of August, 2010.                      /s/ C. David Cottingham
                                                                   C. David Cottingham, Standing Trustee

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**NOTICE OF HEARING**

    Notice is hereby given that a hearing on the above styled motion will be held on Tuesday the 19th day of October, 2010, at 9:00 a.m. in the US BANKRUPTCY COURT, FEDERAL COURT HOUSE, 1118 GREENSBORO AVENUE, TUSCALOOSA, AL 35401-   .

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Certificate of Service

    A copy of the foregoing Motion has been filed with the Court. I hereby certify that I have served a copy of the foregoing Motion on the Debtors and Debtors' Attorney by mailing a copy of the same with adequate postage thereon or by electronic means when available:

This the 26th day of August, 2010.                      /s/ C. David Cottingham
                                                                   C. David Cottingham, Standing Trustee