Chapter 13 Standing Trustee
P.O. Drawer 020588
Tuscaloosa, Alabama 35402

RETURN SERVICE REQUESTED

0971843

Changed
10-25-10
AEH

& Bobbi



Mailed From
10/15/2010
031A 00051

TO:   RICHARD FLOYD WILLCUTT JR
      101 YERBY ACRES
      BERRY, AL 35546

RETURN TO SENDER
WILLCUTT
PO BOX 41
SAMANTHA AL 35482-0041

RETURN TO SENDER

---

Chapter 13 Standing Trustee
P.O. Drawer 020588
Tuscaloosa, Alabama 35402

RETURN SERVICE REQUESTED

WILLCUTT JR, RICHARD FLOYD
WILLCUTT, BOBBI THOMPSON
P O BOX 41
SAMANTHA, AL 35482-0041